FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
*2:49 pm, May 09, 2023*
JEFFREY P. COLWELL, CLERK

# ASSIGNMENT

U.S. Small Business Administration

FOR VALUE RECEIVED, in accordance with SBA Form 750 executed by

Name of Lender: FirstBank

("Lender" or "Assignor"), and in accordance with Loan Program Requirements, as that term is defined in 13 C.F.R. Part 120, Lender assigns, grants, conveys and transfers to the Assignee, the U.S. Small Business Administration ("SBA"), all right, title and interest in and to SBA 7(a) Loan

Number: 6131555000   made to Name of Borrower: KARL LIPPARD DESIGNS

on Date: 07/03/2013   including all Loan Documents, Loan Instruments, and any associated security instruments, mortgages or deeds of trust (the "Loan"). *See attached addendum.

Assignor authorizes the United States of America on behalf of the SBA to ask, demand, receive, collect, sue and take all lawful actions for recovery of the moneys due or to become due on this Loan, and further that the United States of America on behalf of the SBA may avail itself of its remedies under 31 U.S.C. § 3701, *et seq.*, and/or any other remedies available at law or equity for collection of the Loan and the claim or debt evidenced by the Loan.

Assignor has not done and will not do anything to hinder or prevent the United States of America on behalf of the SBA from enforcing recovery on this Loan. Assignor agrees to timely execute such other documents as are requested by SBA to effectuate recordation or as otherwise requested by SBA to assist it in collection of the Loan. In the event that after the date hereof, Assignor receives any payment or any value of any kind with respect to the Loan or obligations secured or evidenced thereby, Assignor shall hold the same in trust for Assignee and shall immediately deliver the guaranteed share to Assignee. The Assignor agrees that SBA reserves all rights and authority under 13 C.F.R. Part 120, including without limitation under 13 C.F.R. § 120.524. This Assignment shall be interpreted and construed under federal law.

The Assignor's address is:

Lender Name: FirstBank
Address: 12345 West Colfax Avenue
City: Lakewood
State: CO
Zip: 80215

The Assignee address is: United States of America, Small Business Administration,
(Please mark the applicable address)

☐ National Guaranty Purchase Center (NGPC)
1145 Herndon Parkway Suite 900
Herndon, VA 20170

☐ Commercial Loan Service Center (CLSC) - AR
2120 Riverfront Drive Suite 100
Little Rock, AR 72202

☒ Commercial Loan Service Center (CLSC) - CA
801 R Street Suite 101
Fresno, CA 93721

In witness whereof, Lender, through its authorized representative and officer listed below, has executed this instrument on Date: 02/15/2023

Name of Lender: FirstBank

BY: _____
[Signature of Authorized Representative]

Print Name/Title: Kyle A. Sickman / Executive Vice President
Address: 12345 West Colfax Avenue
City: Lakewood
State: Colorado
Zip Code: 80215

### Certificate of Acknowledgement

City/County of Denver )
)
State of Colorado ) to wit:

On the 15th day of February, 2023 before me in the aforesaid jurisdiction, a Notary Public in and for the said jurisdiction, personally appeared Kyle Sickman, the Exec. V.P. for FirstBank, who is known to me personally (or satisfactorily proven to me) to be the person whose name is subscribed to within instrument and acknowledged that he/she executed the same for the purposes and in the capacity therein contained.

_____
Notary Public

Sarah Lara
Printed Name

Notary No.: 20164044787
My Commission Expires: 12/28/24
Stamp/Seal:

SARAH LETICIA LARA
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20164044787
MY COMMISSION EXPIRES 12/28/2024

## Addendum

[X] Lender **FirstBank** also assigns the following judgment(s) obtained on the underlying Loan ("Judgment"):

> Against: KARL LIPPARD, INC., d/b/a Karl Lippard Designs
>
> Court: DISTRICT COURT, EL PASO COUNTY, COLORADO
>
> Index No./Case No. 2017CV31878
>
> Date: May 8, 2018
>
> Amount: $ 128,702.61

[ ] A portion of the underlying obligation that resulted in the Judgment was a loan that was not guaranteed by the SBA. Therefore, Lender retains the sum of $ _____ that was awarded in the Judgment.

Lender understands that certain jurisdictions may require additional actions to assign judgments, and Lender agrees to take further actions as appropriate, if requested by Assignee.