FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
2:49 pm, May 09, 2023
JEFFREY P. COLWELL, CLERK

DATE FILED: May 8, 2018
CASE NUMBER: 2017CV31878

DATE FILED: March 16, 2018 4:51 PM

| | |
|---|---|
| **DISTRICT COURT, EL PASO COUNTY, COLORADO**<br>270 South Tejon Street<br>Colorado Springs, CO 80903<br>Telephone: (719) 452-5000 | |
| Plaintiff:     FIRSTBANK, a Colorado banking association,<br><br>vs.<br><br>Defendant:    KARL LIPPARD, INC., d/b/a/ Karl Lippard Designs, a Colorado corporation. | ▲ **COURT USE ONLY** ▲<br><br>Case Number: 2017CV31878<br><br>Div.: 5             Ctrm: |
| **FINAL JUDGMENT** | |

The Court, having granted Plaintiff FirstBank's Motion for Summary Judgment, and being fully advised in the premises, hereby enters Final Judgment on any and all claims asserted in this matter in FirstBank's favor and against Karl Lippard, Inc., d/b/a Karl Lippard Designs, in the amount of $69,059.89 in outstanding principal, $4,652.72 in outstanding interest, $2,300.00 in late fees, $52,022.00 in attorneys' fees, and $668.00 in costs, for a total Final Judgment of $128,702.61 (the "Final Judgment"). Interest on the Final Judgment will accrue at the rate of 8% per annum from March 16, 2018.

Dated: ~~March~~ __, 2018.
MAY 8, 2018

BY THE COURT:

_____
District Court Judge

104376302_1